**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-05532 JAK (AJWx) | Date | August 31, 2011 |
|---|---|---|---|
| Title | Children's Miracle Network v. Miracle Mondays, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On August 30, 2011, plaintiff filed "Notice of Settlement" [8]. The Court sets an Order to Show Cause re Dismissal for September 19, 2011 at 10:30 a.m. If the parties file a dismissal by September 15, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

**IT IS SO ORDERED.**

                                                                                                                       :
                                                                                  Initials of Preparer    ak